## IN THE UNITED STATES DISTRICT COURT DISTRICT OF COLUMBIA

| | |
|---|---|
| NEW LIFE EVANGELISTIC CENTER, INC., <br> A Missouri Not-For-Profit Corporation <br> 1411 Locust Street <br> St. Louis, Missouri 63103 <br> *Plaintiff*, <br><br> v. <br><br> Michael O. Leavitt in his official capacity <br> as SECRETARY of the <br> U.S. Department of Health and Human Services <br> 200 Independence Ave, S.W. <br> Washington, DC 20201 <br><br> and <br><br> STEPHEN PERRY in his official capacity as <br> ADMINISTRATOR <br> U.S. General Services Administration <br> 1800 F Street N.W. <br> Washington, DC 20405, <br><br> *Defendants*. | Civil Action No. _____ |

## **CERTIFICATE RULE LCvR 7.1**

I, the undersigned counsel of record for NEW LIFE EVANGELISTIC CENTER, INC. ("New Life"), certify that to the best of my knowledge and belief there are no parent companies, subsidiaries or affiliates of New Life which have any outstanding securities in the hands of the public. These representations are made in order that judges of this court may determine the need for recusal.

Respectfully submitted,

Date: July 22, 2005

*[signature]*

Edward T. Waters (Bar No. 422461)
Grace B. Culley (Bar No. 486713)
Feldesman Tucker Leifer Fidell LLP
2001 L Street, N.W., Second Floor
Washington, D.C. 20036

(202) 466-8960 (telephone)
(202) 293-8103 (facsimile)

*Attorney for Plaintiffs*