UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEW LIFE EVANGELISTIC CENTER, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1449 (RJL) |
| ) | **ECF** |
| MICHAEL O. LEAVITT, ET AL. ) | |
| ) | |
| Defendants. ) | |
| ) | |

### PRAECIPE

Defendant requests that the Clerk of the Court please enter the appearance of Assistant United States Attorney Megan Rose as counsel for defendant in the above-captioned case.

Respectfully submitted,

_____
MEGAN L. ROSE
Assistant United States Attorney
Judiciary Center Building
Civil Division
555 4th St., N.W., Room E4220
Washington, D.C. 20530
(202) 514-7220

Dated: September 14, 2005

## **CERTIFICATE OF SERVICE**

I certify that the foregoing **Praecipe** was served upon plaintiff pursuant to the Court's electronic filing system, addressed to:

>**Edward T. Waters, Esq.**
>**Feldesman Tucker Leifer Fidell LLP**
>**2001 L Street, N.W., Second Floor**
>**Washington, D.C. 20036**

on this 14th day of September, 2005.

_____
MEGAN L. ROSE
Assistant United States Attorney
Judiciary Center Building, E4220
Civil Division
555 4th Street, NW
Washington, D.C. 20530