UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEW LIFE EVANGELISTIC CENTER, INC., )<br>  )<br>  *Plaintiff*, )<br>  )<br> v. )<br>  )<br> MICHAEL O. LEAVITT, Secretary of the )<br>  U.S. Department of Health and Human Services, )<br>  )<br>  and )<br>  )<br> STEPHEN PERRY, Administrator of the )<br>  U.S. General Services Administration )<br>  )<br>  *Defendants*. )<br> _____)  | Civil Action No. 1:05-cv-01449 RJL |

**STIPULATION REGARDING NOTICE TO
PLAINTIFF OF DISPOSITION OF PROPERTY IN QUESTION**

    Plaintiff has filed a complaint in this Administrative Procedure Act case and challenges the decision of the U.S. Department of Health and Human Services that denies plaintiff's application for a homeless shelter in a federally owned building in St. Louis, Missouri. The building in question, the Abrams Federal Building, 1520 Market Street, St. Louis, MO., is presently controlled by the U.S. General Services Administration. In order to resolve this matter in an orderly fashion and avoid the immediate need for a motion for preliminary injuction or other emergency action, the parties hereby execute this stipulation.

    The parties have conferred and in the spirit of cooperation stipulate that the General Services Administration agrees to provide thirty (30) days notice to plaintiff prior to transferring the property at issue to a third party. Such a transfer would include executing any binding

agreement or agreements to transfer the property at a date certain or that would, in any way, diminish the federal defendants' ownership in or control of the property at issue.

Respectfully submitted,

/s/
EDWARD T. WATERS, D.C. BAR # 422461
Feldesman Tucker Leifer Fidell LLP
2001 L Street, N.W., Second Floor
Washington, D.C. 20036
(202)466-8960

Counsel For Plaintiff


/s/
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney


/s/
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney


/s/
MEGAN L. ROSE, N.C. Bar # 28639
Assistant United States Attorney
555 4th Street, N.W. - Civil Division
Washington, D.C.  20530
(202) 514-7220

Counsel For Defendants.