UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEW LIFE EVANGELISTIC CENTER, INC.,       )<br>                                                                         )<br>          *Plaintiff*,                                                      )<br>                                                                         )<br>    *v.*                                                                  )<br>                                                                         )<br>MICHAEL O. LEAVITT, Secretary of the              )<br>  U.S. Department of Health and Human Services,  )<br>                                                                         )   Civil Action No. 1:05-cv-01449 RJL<br>    and                                                                )<br>                                                                         )<br>STEPHEN PERRY, Administrator of the              )<br>  U.S. General Services Administration                    )<br>                                                                         )<br>          *Defendants*.                                                )<br>_____)  | |

**DEFENDANTS' CONSENT MOTION FOR ENLARGEMENT OF TIME**

Defendants Michael Leavitt, Secretary, U.S. Department of Health and Human Services, and Stephen Perry, Administrator, U.S. General Services Administration, by and through undersigned counsel, respectfully move this Court pursuant to Rule 6(b)(1), Fed. R. Civ. P., to enlarge the time to respond to the complaint brought under the Administrative Procedure Act ("APA"), 5 U.S.C. §§ 701-706. Defendants request that the deadline for responding be extended twelve days, from September 23 to October 5, 2005. This is Defendants' first request for an enlargement of time, and no scheduling or case management order has been entered in this case. Plaintiff, through counsel, graciously consented to this motion.

The enlargement of time is sought because additional time is needed for counsel for Defendants to confer with agency counsel and obtain critical information regarding the circumstances of this case. Counsel for Defendants has been in contact with agency counsel, who are currently compiling a rather large administrative record, which is significantly related to

the administrative record in New Life Evangelistic Center, Inc. v. Thompson, et al., 04-1159 (RJL). Once counsel for Defendants has obtained critical information regarding this case, counsel anticipates being able to answer Plaintiff's new complaint. However, due to agency counsel's schedule out of the office, and due to deadlines in counsel's other cases in an active docket, counsel for Defendants will be unable finalize Defendants' response prior to the current due date.

This extension is sought in good faith and will not unfairly prejudice any party. Allowing Defendants some additional time to formulate its response will aid both the parties and the Court in the development and resolution of this case.

WHEREFORE, based on the foregoing, the Defendants respectfully requests that the time for answering or otherwise responding to the complaint be extended to and including October 5, 2005.

Dated: September 22, 2005.

Respectfully submitted,

KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney


/s/
MEGAN L. ROSE, N.C. Bar # 28639
Assistant United States Attorney
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 514-7220