AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

NEW LIFE EVANGELISTIC CENTER, INC.
)
    Plaintiff(s)
)
)
)
    vs.
)
LEAVITT et. al.
)
)
    Defendant(s)
)

**APPEARANCE**

CASE NUMBER    1:05-cv-01449-RJL

To the Clerk of this court and all parties of record:

Please enter the appearance of __Grace B. Culley__ as counsel in this
                                (Attorney's Name)

case for: __NEW LIFE EVANGELISTIC CENTER, INC.__
                    (Name of party or parties)

__10/18/05__
Date

                                 _[signature]_
                                 Signature

                                 Grace B. Culley
                                 Print Name

__486713__
BAR IDENTIFICATION

                                 Feldesman Tucker Leifer Fidell LLP 2001 L Street NW Second Floor
                                 Address

                                 Washington, DC 20036
                                 City          State          Zip Code

                                 202-466-8960
                                 Phone Number

## CERTIFICATE OF SERVICE

      I certify that the foregoing Notice of Appearance was served upon defendant pursuant to the Court's electronic filing system, addressed to:

**Megan Lindholm Rose**
UNITED STATES ATTORNEY'S OFFICE
555 Fourth Street, NW
Room E-4220
Washington, DC 20530
(202) 514-7220
Email: megan.rose@usdoj.gov

_____
Grace B. Culley