# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEW LIFE EVANGELISTIC CENTER, INC., )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>MICHAEL O. LEAVITT, Secretary of the )<br>  U.S. Department of Health and Human Services, )<br>)<br>and )<br>)<br>STEPHEN PERRY, Administrator of the )<br>  U.S. General Services Administration )<br>)<br>*Defendants*. )<br>_____) | Civil Action No. 1:05-cv-01449 RJL |

## ERRATA

The parties' Joint Proposed Briefing Schedule submitted as Docket Entry No. 10 inadvertently cited the dates for dispositive motions in the year 2005 instead of 2006. Attached is the proposed schedule reflecting the corrected dates.

Respectfully submitted,

KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

/s/_____
MEGAN L. ROSE, N.C. Bar # 28639
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 514-7220

Counsel for Defendant

Respectfully submitted,

_/s/_____
EDWARD T. WATERS, D.C. BAR # 422461
Feldesman Tucker Leifer Fidell LLP
2001 L Street, N.W., Second Floor
Washington, D.C. 20036
(202)466-8960

_/s/_____
GRACE B. CULLEY, D.C. BAR # 486713
Feldesman Tucker Leifer Fidell LLP
2001 L Street, N.W., Second Floor
Washington, D.C. 20036
(202)466-8960

Counsel For Plaintiff.