UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEW LIFE EVANGELISTIC CENTER, INC., )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>MICHAEL O. LEAVITT, Secretary of the )<br>  U.S. Department of Health and Human Services, )<br>)<br>  and )<br>)<br>STEPHEN PERRY, Administrator of the )<br>  U.S. General Services Administration )<br>)<br>*Defendants*. )<br>_____)  | Civil Action No. 1:05-cv-01449 RJL |

**JOINT PROPOSED BRIEFING SCHEDULE**

The parties, through counsel, wish to propose to the Court a briefing schedule for dispositive motions in the above-captioned case. The parties respectfully show the Court as follows:

1. On July 22, 2005, Plaintiff filed a complaint in this Court, seeking review of administrative agency action and declaratory and injunctive relief against Defendants Michael O. Leavitt, Secretary, U.S. Department of Health and Human Services, and Stephen Perry, Administrator, U.S. General Services Administration. See Compl., Docket Entry No. 1.

2. On October 5, 2005, Defendants answered Plaintiff's Complaint. Docket Entry No. 8.

3. Upon counsel for Defendant conferring with Plaintiff's counsel, both parties stated that they believe this case should be decided on dispositive motion.

4. The parties would propose the following briefing schedule:

| | |
|---|---|
| Administrative Record exchanged by: | December 9, 2005 |
| Defendant's Motion For Summary Judgment due: | January 25, 2006 |
| Plaintiff's Opposition and Cross-Motion due: | February 17, 2006 |
| Defendant's Reply and Opposition due: | March 3, 2006 |
| Plaintiff's Reply due: | March 17, 2006 |

4. At this time, the parties do not believe an appearance before the Court is necessary.

Respectfully submitted,

KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney


/s/_____
MEGAN L. ROSE, N.C. Bar # 28639
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. - Civil Division
Washington, D.C.  20530
(202) 514-7220

Counsel for Defendant



Respectfully submitted,

 /s/_____
EDWARD T. WATERS, D.C. BAR # 422461
Feldesman Tucker Leifer Fidell LLP
2001 L Street, N.W., Second Floor
Washington, D.C. 20036
(202)466-8960

        /s/
_____
GRACE B. CULLEY, D.C. BAR # 486713
Feldesman Tucker Leifer Fidell LLP
2001 L Street, N.W., Second Floor
Washington, D.C. 20036
(202)466-8960

Counsel For Plaintiff.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NEW LIFE EVANGELISTIC CENTER, INC.,         )
                                            )
            *Plaintiff*,                    )
                                            )
      v.                                    )
                                            )
MICHAEL O. LEAVITT, Secretary of the        )
  U.S. Department of Health and Human Services, )
                                            )   Civil Action No. 1:05-cv-01449 RJL
      and                                   )
                                            )
STEPHEN PERRY, Administrator of the         )
  U.S. General Services Administration      )
                                            )
            *Defendants*.                   )
_____)

**ORDER**

UPON CONSIDERATION of the parties' Joint Proposed Briefing Schedule, and the record herein, and it appearing that the schedule proposed by the parties is appropriate, it is by the Court this _____ day of _____, 2005,

ORDERED, that the following schedule shall govern briefing of dispositive motions:

| | |
|---|---|
| Administrative Record due: | December 9, 2005 |
| Defendant's Motion For Summary Judgment due: | January 25, 2006 |
| Plaintiff's Opposition and Cross-Motion due: | February 17, 2006 |
| Defendant's Reply and Opposition due: | March 3, 2006 |
| Plaintiff's Reply due: | March 17, 2006 |

_____
RICHARD J. LEON
United States District Court Judge