UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEW LIFE EVANGELISTIC CENTER, INC., ) <br> ) <br> *Plaintiff*, ) <br> ) <br> v. ) <br> ) <br> MICHAEL O. LEAVITT, Secretary of the ) <br>  U.S. Department of Health and Human Services, ) <br> ) <br>  and ) <br> ) <br> STEPHEN PERRY, Administrator of the ) <br>  U.S. General Services Administration ) <br> ) <br> *Defendants*. ) <br> _____) | Civil Action No. 1:05-cv-01449 RJL |

**DEFENDANTS' CONSENT MOTION FOR ENLARGEMENT OF TIME**

Defendants Michael Leavitt, Secretary, U.S. Department of Health and Human Services, and Stephen Perry, Administrator, U.S. General Services Administration, by and through undersigned counsel, respectfully move this Court pursuant to Rule 6(b)(1), Fed. R. Civ. P., to enlarge the time to file the administrative record in this Administrative Procedure Act ("APA"), 5 U.S.C. §§ 701-706, case. Defendants request that the deadline for the record's submission be extended six days, from December 9 to December 15, 2005. This is Defendants' first request for an enlargement of time to file and exchange the administrative record. Plaintiff, through counsel, graciously consented to this motion.

Pursuant to the Court's November 7, 2005 scheduling order, the parties must exchange the administrative record by December 9, 2005. However, additional time is needed to finalize the large and voluminous record and obtain the necessary verification from the agency. Counsel for Defendants anticipates being able to obtain the agency's declaration in the beginning of next

week, and counsel can then file and exchange the administrative record. These additional six days should not interfere with the briefing schedule adopted by the Court, as Defendant's motion for summary judgment is not due until January 25, 2006 and Plaintiff's opposition and cross-motion are not due until February 17, 2006.

This extension is sought in good faith and will not unfairly prejudice any party. Allowing Defendants some additional time to complete the compilation of the administrative record will aid both the parties and the Court in the development and resolution of this case.

WHEREFORE, based on the foregoing, Defendants respectfully requests that the time for exchanging the administrative record be extended to and including December 15, 2005.

Dated: December 8, 2005.

Respectfully submitted,

KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

/s/_____
MEGAN L. ROSE, N.C. Bar # 28639
Assistant United States Attorney
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 514-7220