IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NEW LIFE EVANGELISTIC CENTER, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 1:05cv01449(RJL) |
| MICHAEL O. LEAVITT, *et al.*, | ) ) ) |
| Defendants. | ) ) |

**DEFENDANTS' NOTICE OF FILING OF ADMINISTRATIVE RECORD**

Defendants hereby give notice of the filing of the administrative record in the above-captioned case. Due to its length, the administrative record is being submitted to the Clerk's Office in paper form only and will be available for public viewing between 9:00 a.m. and 4:00 p.m., Monday through Friday. The record's certification and index are also included.

Dated: December 15, 2005.

Respectfully submitted,

KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney

  /s/
MEGAN L. ROSE, N.C. Bar #28639
Assistant United States Attorney
555 4th Street, N.W. - Room E4220
Washington, D.C. 20530
(202) 514-7220

## CERTIFICATE OF SERVICE

I hereby certify that I have placed a copy of the foregoing for delivery via Federal Express, postage paid, delivery to:

Grace Culley / Edward T. Waters, Esquire
Feldsman Tucker Leifer Fidell LLP
2001 L Street, N.W., Second Floor
Washington, D.C. 20036

on this 15th day of December, 2005.

/s/
MEGAN L. ROSE, N.C. Bar #28639
Assistant United States Attorney
555 4th Street, N.W. - Civil Division
Judiciary Center Building
Washington, D.C. 20530
202/514-7220