IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEW LIFE EVANGELISTIC CENTER, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:05cv01449(RJL) |
| ) | |
| MICHAEL O. LEAVITT, *et al.*, ) | |
| ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ERRATA

Defendants hereby amend their notice of filing of the administrative record in the above-captioned case.  Counsel for Defendants inadvertently indicated that the record would be filed in paper form.  However, due to its length, the administrative record is being submitted to the Clerk's Office on a CD-Rom, which will be available for public viewing between 9:00 a.m. and 4:00 p.m., Monday through Friday.  The record's certification and index are also included.

Dated: December 16, 2005.

Respectfully submitted,

KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney


/s/
MEGAN L. ROSE, N.C. Bar #28639
Assistant United States Attorney
555 4th Street, N.W. - Room E4220
Washington, D.C. 20530
(202) 514-7220

CERTIFICATE OF SERVICE

  I hereby certify that I have placed a copy of the foregoing Errata and above-referenced

CD for delivery via courier to:

Grace Culley / Edward T. Waters, Esquire
Feldsman Tucker Leifer Fidell LLP
2001 L Street, N.W., Second Floor
Washington, D.C. 20036

on this <u>16th</u> day of December, 2005.

                   /s/
                   MEGAN L. ROSE, N.C. Bar #28639
                   Assistant United States Attorney
                   555 4th Street, N.W. - Civil Division
                   Judiciary Center Building
                   Washington, D.C. 20530
                   202/514-7220