## Department of Health and Human Services

The Department of Health and Human Services (HHS) is the United States government's principal agency for protecting the health of all Americans and supporting the delivery of essential human services, especially for those who are least able to help themselves. The Department is responsible for more than 300 programs, covering a wide spectrum of activities. Some highlights include: Medical and social science research; preventing outbreaks of infectious disease, including immunization services; food and drug safety; Medicare and Medicaid; financial assistance and services for low-income families; improving maternal and infant health; Head Start; preventing child abuse and domestic violence; and mental illness and substance abuse treatment and prevention.

In FY 2004, HHS spent $542 billion. The Department is the largest grant-making agency in the federal government and the nation's largest health insurer. HHS provides some 60,000 grants per year and handles more than 900 million insurance claims per year. These activities are administered by 11 operating divisions. These components work closely with State, local, and tribal governments, and many HHS-funded services are provided at the local level by State, county or tribal agencies, or through private sector and faith-based grantees.

HHS programs provide for equitable treatment of beneficiaries nationwide. Treatments and services to persons experiencing homelessness are included in the activities of the Department, both in programs specifically targeted to homeless individuals and in those service delivery programs that assist eligible persons in need. Five different agencies within HHS are responsible for the relevant programs. Their missions and the programs are presented later in the report.

In FY 2004, HHS' accomplishments concerning homelessness were in three key areas: funding, partnerships with states, and strategic planning.

## Funding
More than 90 percent of the HHS budget is distributed to provide services, especially to poor, disabled, and underserved persons. These resources constitute a critical safety net in the lives of nearly one of every four people in the U.S. HHS has long maintained a portfolio of five programs specifically targeted to address the service needs of homeless persons: Health Care for the Homeless, Programs for Runaway and Homeless Youth, Projects for Assistance in Transition from Homelessness, Cooperative Agreements for the Development of Comprehensive Drug and Alcohol Treatment for Systems for Homeless Persons, and the Federal Surplus Real Property program. Collectively, these targeted programs distributed over $336 million for services in FY 2004.

USICH 2004 Annual Report

**Partnerships with States**
HHS remains committed to working with states to address the cross-cutting issue of homelessness.  In FY 2004, HHS also continued to support a series of meetings with teams of State personnel designed to improve access to services for families with children experiencing homelessness.  These meetings, identified as State Homeless Policy Academies, support State teams in the development of new, collaborative approaches to address homelessness.  Three final Policy Academies focusing on families with children experiencing homelessness were launched in FY 2004.  Attending states who participate in the Academies receive technical assistance in advance of the Academy, support during 3 days of attendance at a Policy Academy, and follow-up assistance with the plan that each State produced during the Academy.  By the end of 2004, teams from 52 States and Territories had attended a Policy Academy.  These events were supported by a unique funding collaboration with HUD, VA, and DOL.  The accomplishments of the participating States were showcased at a National Learning Meeting held in October of 2004.

In May 2004, policy guidance in the form of a memo was sent from the Acting Director of the Disabled and Elderly Health Programs Group of the Centers for Medicare and Medicaid Services (CMS).  The memo, issued to State Medicaid Directors, encouraged states to "suspend" and not "terminate" Medicaid benefits while an individual is in an institutional setting.  Additional information about other CMS products related to ending chronic homelessness was also enclosed with the memo.

**Strategic Planning**
In FY 2004, the Secretary's Work Group on Ending Chronic Homelessness continued to meet regularly under former HHS Deputy Secretary Claude Allen.  The Departmental Work Group is tasked with carrying out the HHS strategic plan regarding homelessness, *Ending Chronic Homelessness: Strategies for Action*, and has placed a priority on improving the response of the Department's programs to assisting eligible homeless persons.  The Work Group actively tracks the efforts of numerous components of HHS to improve access to treatment and services by all eligible individuals experiencing homelessness, both chronic and other subgroups, such as families.

**The HHS Programs**
HHS identifies *18 targeted and non-targeted programs* as relevant to serving eligible homeless persons.  These are located in 5 of the organizational components of HHS.

## ADMINISTRATION FOR CHILDREN AND FAMILIES (ACF)

ACF is responsible for some 60 programs that promote the economic and social well being of families, children, individuals and communities.  ACF's largest program is the state-federal welfare program, Temporary Assistance for Needy Families (TANF), providing assistance to an estimated 4.8 million persons in FY 2004.  The Administration is also responsible for such programs as the national child support enforcement system; Head Start, which served 910,000 pre-school children in FY 2003; programs to assist low-income families in paying for child care; foster care and adoption assistance; programs to prevent child abuse and domestic violence; and block grant programs to assist States and communities with services to ameliorate the causes and conditions of poverty.

With a total budget of $46.6 billion in FY 2004, ACF operates three (3) targeted homeless programs:  Basic Center Program, Transitional Living Program, and Street Outreach Program, as part of Runaway and Homeless Youth Programs, and several non-targeted programs including the Compassion Capital Fund, TANF, Head Start, Social Services and Community Services Block Grants that may provide assistance to eligible persons experiencing homelessness.

Targeted Program:
Programs for Runaway and Homeless Youth (RHY)

**2a.    Statutory Authority**
Runaway and homeless youth programs are authorized under the Runaway and Homeless Youth Act, as amended on October 10, 2003, Public Law 108-96.

**2b.    FY 2004 Appropriation *(for targeted programs only)***
Basic Center Program:         $49,171,000
Transitional Living Program: $40,260,000
Street Outreach Program:     $15,302,000

100% of grant dollars awarded is used for preventive activities, supportive services, and/or housing activities for youth who are at-risk of experiencing homelessness or are already in a homeless situation.

**2c.    Estimated FY 2004 Expenditure Related to Homelessness *(for non-targeted programs only)***
N/A

**2d.    FY 2005 President's Budget Request**
$114.7 million

**2e.     Program Description**

ACF funds over 700 public, community and faith-based organizations through three (3) grant programs that serve the runaway and homeless youth population. Eligible applicants for the Basic Center and Transitional Living Program are any State, unit of local government, combination of units of local government, public or private nonprofit agency, organization or institution.  Federally recognized Indian Tribes, Indian Tribes that are not federally recognized and urban Indian organizations are also eligible.

Eligible applicants for the Street Outreach Program include any private, nonprofit agency, non-Federally recognized Indian Tribes and urban Indian organizations.

## Basic Center Program

The purpose of the Basic Center Program is to establish or strengthen locally-controlled, community and faith-based programs that address the immediate needs of runaway and homeless youth and their families.

Basic Centers provide youth with temporary emergency shelter, food, clothing, and referrals for health care.  Other types of assistance provided to youth and their families may include individual, group, and family counseling, recreation programs, and aftercare services for youth once they leave the shelter.  Grants can also be used for outreach activities targeting youth who may need assistance.

Basic Centers seek to reunite young people with their families when possible, or to locate appropriate alternative placements.

## Transitional Living Program

The purpose of the Transitional Living Program is to provide shelter, skills training, and support services to youth, ages 16 through 21, who are homeless, for a continuous period generally not exceeding 18 months but extendable for younger individuals.  Youth may remain in the program for an additional 180 days or until their 18th birthday, whichever comes first.

Youth are provided with stable, safe living accommodations and services that help them develop the skills necessary to move to independence.  Living accommodations may be host family homes, group homes, or "supervised apartments."

Skills training and support services provided include: basic life-skills and interpersonal skill building, educational opportunities (vocational and GED preparation), job placement, career counseling, and mental health, substance abuse, and physical health care services.

USICH 2004 Annual Report

### Street Outreach Program
The purpose of the Street Outreach Program is to provide educational and prevention services to runaway, homeless and street youth who have been subject to, or are at risk of, sexual exploitation or abuse.

The program works to establish and build relationships between street youth and program outreach staff in order to help youth leave the streets. Support services that will assist the youth in moving and adjusting to a safe and appropriate alternative living arrangement include: treatment, counseling, information and referral services, individual assessment, crisis intervention, and follow up support.

Street outreach programs must have access to local emergency shelter space that is an appropriate placement for young people and that can be made available for youth willing to come in off the streets.

**2f.    Planned evaluations or other studies or reports of the program's administration, performance or impact**

**Estimate of incidence/prevalence of runaway, homeless and throwaway youth:**  As requested by Congress in the reauthorization of the Runaway and Homeless Youth Act, the Family and Youth Services Bureau (FYSB) will conduct a study of the Transitional Living Program to report on the long-term housing outcomes for youth after exiting the program.  Also, FYSB, in consultation with the Interagency Council on Homelessness, is finalizing a study and will submit a report to Congress on promising strategies to end youth homelessness.

**Studies based on Upgraded and expanded version of Runaway and Homeless Youth Management Information System (RHYMIS):**  In 2002, FYSB launched a significantly upgraded and expanded version of RHYMIS, RHYMIS-LITE.  The improved system has resulted in a 99% reporting rate from grantees and has enabled HHS, researchers, and others to study characteristics and services for all youth served in the RHY programs with data of higher quality and detail.  Analyses are in progress.

**Report to Congress:**  FYSB submits a biennial Report to Congress, with program information about grantees, services, youth, and the FYSB network of support, such as monitoring, training and technical assistance.  The latest report is for FY 2002-2003.

**3a.    Known Impediments to Access by Homeless People**
There are no known impediments to homeless youth accessing this targeted program.

USICH 2004 Annual Report

**3b.    Efforts to Increase Participation**

The Street Outreach Program provides street-based or drop-in services to identify and communicate with street youth who need shelter, supply their basic needs, and persuade them to enter shelters where services and other necessities can be provided.

Non-targeted Programs:
Compassion Capital Fund Program (CCF)

**2a.**    **Statutory Authority**
The Compassion Capital Fund (CCF) is authorized under section 1110 of the Social Security Act governing Social Services Research and Demonstration activities and the Departments of Labor, Health and Human Services, and Education, and Related Agencies Appropriations Act, 2004, Public Law 108-199.

**2b.**    **FY 2004 Appropriation** *(for targeted programs only)*
N/A

**2c.**    **Estimated FY 2004 Expenditure Related to Homelessness** *(for non-targeted programs only)*
In FY 2004, 19 mini grants related to homelessness were awarded totaling $937,715.

**2d.**    **FY 2005 President's budget request**
$100 million (for total program)  In FY 2005, homelessness will be one of four priority areas.

**2e.**    **Program Description**
The Compassion Capital Fund (CCF), created in 2002, is a key component of the President's faith-based initiative.  CCF helps faith-based and community organizations increase their effectiveness and enhance their ability to provide social services to serve those most in need.

The CCF program administers two grant programs.  First, it administers the Demonstration Program that awards funds to experienced intermediary organizations to deliver capacity-building services to faith-based and community organizations through the provision of training, technical assistance, and sub-awards.

Second, it administers the Targeted Capacity Building Program that awards funds to help build the capacity of faith-based and community organizations that address the needs of distressed communities.  Priority areas of need include at-risk youth; the homeless; marriage education and preparation services to help couples who choose marriage for themselves develop the skills and knowledge to form and sustain healthy marriages; or social services to those living in rural communities.

**2f.**    **Planned evaluations or other studies or reports of the program's administration, performance or impact**
**Planned Report of Program's Impact-** In September 2004, ACF issued a two-year contract to evaluate the CCF program that includes a retrospective and prospective study.

**3a.     Known impediments to access by homeless people**
CCF is a capacity building program.  Funds are used by intermediary organizations to provide technical assistance and make sub-awards to help the faith-based and community-based organizations they assist to replicate or expand best practices and model programs in targeted areas.

**3b.     Efforts to increase participation**
N/A

## Community Services Block Grant (CSBG)

**2a.    Statutory authority**
Title VI, Subtitle B, of the Omnibus Budget Reconciliation Act of 1981, PL 97-35, as amended [42U.S.C. 9901 et seq.]; and the Community Opportunities, Accountability, and Training and Educational Services (COATES) Human Services Reauthorization Act of 1998 (P.L. 105-285).

**2b.    FY 2004 Appropriation *(for targeted programs only)***
N/A

**2c.    Estimated FY 2004 Expenditure Related to Homelessness *(for non-targeted programs only)***
CSBG expenditures related to homelessness in FY 2003, the most recent data available, were estimated at $47 million.  Services include health, self-sufficiency, linkages with nutrition, income management, education, transitional housing, employment and emergency services.

**2d.    FY 2005 President's Budget Request**
$494.9 million

**2e.    Program Description**
The purpose of the CSBG is to provide services and activities to reduce poverty, including services to address employment, education, better use of available income, housing assistance, nutrition, energy, emergency services, health, and substance abuse needs.  Funds are allocated by formula to 50 States and the District of Columbia, Puerto Rico, Guam, American Samoa, the Virgin Islands, the Northern Marianas, and State and federally-recognized Indian tribes.  Funds are used by States to support a network of local community action agencies, federally and State recognized Indian Tribes and tribal organizations, migrant and seasonal farm worker organizations, or private/public community-based organizations to provide a range of services and activities to assist low-income individuals, and families, including the homeless, to alleviate the causes and conditions of poverty.

**2f.    Planned evaluations or other studies or reports of the program's administration, performance or impact.**
The CSBG program participates in a Results Oriented Management and Accountability (ROMA) performance management system.  ROMA describes the kinds of outcomes being reported by community action agencies in addressing the program's impact on local communities.  The CSBG Statistical Report describes the client population, which includes persons who are homeless.

USICH 2004 Annual Report

**3a.     Known impediments to access by homeless people**

There are no known impediments.  CSBG services, as offered by participating providers, are available to all low-income people in 95% of the nation.

**3b.     Efforts to Increase Participation**

The Community Services Network of approximately 950 community action agencies was an initiator of McKinney Act programs for the homeless in HHS in the 1980s.  The Network has a special emphasis on reducing dependency with regard to emergency services to homeless individuals and families threatened with imminent loss of their homes.  CSBG's comprehensively linked services enable problems of employment, education, better use of available income, housing, nutrition, emergency services and health to be addressed.  CSBG has a strong record of job creation through successful economic development, job training and placement, and self-employment programs.  Comprehensive employment programs have successfully placed homeless participants in full-time employment that included medical insurance and other benefits.  These services are organized and provided through a single program in which multiple interventions appropriate to the participant are chosen.  Many community action agencies have special programs, which address both individuals and families experiencing homelessness.

<u>Head Start</u>

**2a.    Statutory Authority**
42 U.S.C. 9801 and reauthorized by the Community Opportunities, Accountability, and Training and Educational Services (COATES) Human Services Reauthorization Act of 1998 (P.L. 105-285).

On May 5, 1992 Head Start issued Information Memorandum #ACF-IM-92-12, providing guidance to Head Start agencies to foster the recruitment and enrollment of homeless children and their families into the Head Start program.

"Services for homeless children" was added to Section C(iv) of P.L. 105-285 detailing collaboration of Head Start services with health care, welfare, and child care services, including coordination of services with those State officials who are responsible for administering part C and section 619 of the Individuals with Disabilities Education Act.

The 1998 Reauthorization of the Head Start Act [sections 640 (a) (5) (B) and 640 (a) (5) (C)] "establish[es] new mandates for Head Start Collaboration Offices to link with services to the homeless," among others.

**2b.    FY 2004 Appropriation *(for targeted programs only)***
N/A

**2c.    Estimated FY 2004 Expenditure Related to Homelessness *(for non-targeted programs only)***
Based on 2003 – 2004 data from the Head Start Program Information Report (PIR) 1,406 Head Start grantees (67%) provided services to nearly 20,000 homeless children and their families.  This represents an investment of $144 million in services to these most vulnerable infants, toddlers, and preschoolers.

**2d.    FY 2005 President's Budget Request**
$6.944 billion

**2e.    Program Description**
Head Start (including Early Head Start) is a comprehensive child development program that serves children from birth to age five, pregnant women, and their families. It is a child-focused program with the overall goal of increasing the school readiness of young children in low-income families.  Head Start indirectly serves homeless families eligible for the program in areas such as nutrition, developmental, medical and dental screenings, immunizations, mental health and social services referrals, and transportation.  Section 645 of the 1998 Head Start Reauthorization Act establishes income eligibility for participation in Head Start programs by reference to the official poverty line, adjusted annually in accordance with changes in the Consumer Price Index.  Homeless families often fall within these guidelines.

**2f.    Planned evaluations or other studies or reports of the program's administration, performance or impact:**

Many Head Start grantees serve homeless families through both home-based programs, which serve children in shelters, and center-based programs serving both non-homeless and homeless children.

The first definitive information on "Services to Homeless Families" was collected in the 2001-2002 Head Start Program Information Report (PIR) data. Such data collection has since been implemented as a permanent component of the annual Head Start Program Information Report. In the 2003-2004 program year, 23,926 homeless children were served by Head Start and Early Head Start grantees across the country.

**3a.    Known Impediments to Access by Homeless People:**

Grantees identified transportation as a critical need for homeless families, as well as for other low-income families. Public transportation within the community was often non-existent or inadequate for getting children or parents to Head Start-related classes and activities. Although not a required service, many Head Start and Early Head Start programs provide transportation to families in accordance with the Transportation Rule implemented on January 18, 2001, which establishes the safety features that must exist in vehicles used to transport children in Head Start programs. The rule requires grantees that do not provide transportation services to provide reasonable assistance to families to arrange for their own transportation. However, the rule does not require programs to initiate new transportation services.

In addition, transience and high levels of stress are impediments to the recruitment and regular participation of both parents and children.

The following section (3b) lists two resources that outline several remedies to address the variety of needs homeless families experience.

**3b.    Efforts to Increase Participation:**

Homelessness is one of eight priority areas identified for the activities of Head Start-State Collaboration Offices (SCOs). The SCOs endeavor to create partnerships and mobilize resources in each of the 50 states, the District of Columbia, and Puerto Rico to serve homeless families with young children. In addition, Head Start has been an active contributor to the Secretary's Work Group on Ending Chronic Homelessness and co-sponsor of the Homeless Policy Academies.

The1999 report, *Serving Homeless Families: Descriptions, Effective Practices, and Lessons Learned*, discusses effective approaches and experiences, as well as recommendations of Project Directors of the Homeless Demonstration Grants program originally funded from 1993 to 1996, with on-going funding to date. Rich information is included about the challenges of providing a continuum of services to homeless children and families as an integral part of local Head Start

programs.  The report can be accessed at
http://www.headstartinfo.org/pdf/Serving_Homeless_Families.pdf

In addition, the Head Start Bureau is preparing a follow-up to the 1999 report to assess the current status of services to homeless families in Head Start.

In an Information Memorandum issued on May 5, 1992, Head Start provided guidance to Head Start agencies to foster the recruitment and enrollment of homeless children and their families into the Head Start program.  The following guidance was offered for working with the homeless population:

Strong support for the staff:  Setting achievable goals, providing each child (and parent) with positive experiences, and providing training and support to staff helps staff in working effectively with homeless families.

Strong mental health component:  It is necessary to have the services of a mental health professional who can address the particular needs of staff stress and families going through transitional housing.

Provide a safe, reassuring environment through a structured daily routine: The pre-school classroom may be the only source of stability for the homeless child. Maintain a simple schedule for the children so each child knows what to expect each day.

Flexibility: Staff should incorporate coping mechanisms for staff and all enrolled families to deal with the unexpected departure of a child.

Transportation:  The Head Start agency should offer transportation services to its homeless families to ensure access to the program.

Collaborate with the community:  Teaming with other service agencies in the community can raise awareness of the problem of homelessness at the local level and foster a combination of resources for a solution.

Parental responsibilities/involvement:  Build on family strengths, recognizing that the parents are the primary caregivers and nurturers of their children.

Make health screenings a priority for homeless families:  Grantees report that homeless children are under-immunized and not as healthy as their peers. Therefore, Head Start agencies should make early detection and screening a high priority of programs servicing homeless families.

Flexible hours of operation:  Grantees serving large homeless populations should tailor their programs to meet the specific needs of the children.

USICH 2004 Annual Report

<u>Plan for a mixed classroom</u>:  Having homeless and non-homeless children in the same classroom can enhance the socialization experience of both groups of children.

<u>Social Services Block Grant (SSBG)</u>

**2a.    Statutory Authority**
Public Law 97-35 amended Title XX to establish the SSBG program.

**2b.    FY 2004 Appropriation *(for targeted programs only)***
N/A

**2c.    Estimated FY 2004 Expenditure Related to Homelessness *(for non-targeted programs only)***
States have the flexibility to spend SSBG funds on a variety of services.  Of these, services to promote self-sufficiency are the most relevant to homelessness.  In FY 2003, the most recent year data is available, States reported spending $124 million on self-sufficiency services, including education/training, employment services, family planning services, independent/transitional living for adults, pregnancy and planning, and substance abuse services.

**2d.    FY 2005 President's Budget Request:**
$1.7 billion

**2e.    Program Description:**
The SSBG assists States in delivering social services directed toward the needs of children and adults.  Funds are allocated to the States on the basis of population.  SSBG funds support outcomes across the human service spectrum, and these outcomes are associated with strategic goals and objectives such as employment, child care, child welfare, adoptions, and youth services.  The SSBG allows States flexibility in their use of funds for a range of services, depending on State and local priorities.  The SSBG is based on two fundamental principles: (1) State and local governments and communities are best able to determine the needs of individuals to help them achieve self-sufficiency; and (2) social and economic needs are interrelated and must be met simultaneously.

**2f.    Planned evaluations or other studies or reports of the program's administration, performance or impact**
States are required to report on their expenditures of SSBG funds using a standard post-expenditure report, which collects data on the total number of adults and children served and the amount expended for each service category. States can report as recipients of SSBG services any individuals who receive a service funded at least partially by the SSBG.  The annual report analyzes the post-expenditure reports from 50 states and the District of Columbia.  States are not required to identify homelessness activities within the report.

USICH 2004 Annual Report

**3a.    Known Impediments to Access by Homeless People:**

SSBG is a highly flexible funding stream.  There are 29 potential services that may be supported under the SSBG, each with uniform definitions.  From this list, States have considerable flexibility to determine which services to provide and to establish eligibility criteria.  However, because of this flexibility, the availability of the services and expenditures on them varies among States, and from year to year for each State.  In some States, the SSBG is used to fund one or two services in their entirety; in others, the SSBG supplements other funds.

**3b.    Efforts to Increase Participation:**

N/A

<u>Temporary Assistance for Needy Families (TANF)</u>

**2a.    Statutory Authority**
Title IV-A, section 404 of the Social Security Act

**2b.    FY 2004 Appropriation *(for targeted programs only)***
N/A

**2c.    Estimated FY 2004 Expenditure Related to Homelessness *(for non-targeted programs only)***
No information is available.  Expenditures for benefits to homeless families are not an included reporting category under the TANF statute.

**2d.    FY 2005 President's Budget Request**
$17.149 billion

**2e.    Program Description**
Title IV-A, section 404 of the Social Security Act (Act) allows States, Territories and federally recognized Indian Tribes to use Federal TANF funds in any manner that is reasonably calculated to accomplish a purpose of the TANF program. Section 401 of the Act sets forth the following four TANF purposes: (1) Provide assistance to needy families so that children may be cared for in their own homes or in the homes of relatives; (2) End the dependence of needy parents on government benefits by promoting job preparation, work, and marriage; (3) Prevent and reduce the incidence of out-of-wedlock pregnancies and establish annual numerical goals for preventing and reducing the incidence of these pregnancies; and (4) Encourage the formation and maintenance of two-parent families.

Each State, Territory, and participating Tribe decides the benefits it will provide and establishes the specific eligibility criteria that must be met to receive financial assistance payments and/or other types of TANF-funded benefits and services.

TANF agencies provide a range of benefits to eligible families who are homeless or at-risk of becoming homeless.  Common benefits and services provided to homeless families include: cash assistance for temporary shelter arrangements; assistance to obtain permanent housing; case management services; one-time cash payments; and vouchers for food, clothing, and household expenses.  For at-risk families, common benefits include counseling, housing referrals, assistance for past due utility bills, and assistance for arrearages in rent or mortgage payments.

**2f.    Planned evaluations or other studies or reports of the program's administration, performance or impact**
No evaluations are planned involving homelessness within the TANF program.

USICH 2004 Annual Report

**3a.     Known Impediments to Access by Homeless People**

ACF is not aware of any statutory or regulatory impediments to access by homeless families to TANF assistance and services.  The TANF program is one that is designed by each State and Territory.  These entities have maximum flexibility in program design, including the criteria necessary for a family to establish eligibility.  The eligibility process is one that requires families to verify their circumstances in order to receive benefits.  Being homeless is not a reason to deny benefits to needy families.

The flexibility afforded States in the design of their TANF programs also extends to the provision of services.  States can enter into contracts with a myriad of for profit, non-profit, and faith-based providers for the delivery of services to the TANF population.  Such contracts are subject to State procurement requirements and resource parameters.  A number of States have established contracts with service providers who have experience in working with homeless families.

**3b.     Efforts to increase participation:**

Since the passage of welfare reform, ACF has consistently advanced the message that the flexibility under TANF offers immense opportunities to States for helping needy families achieve self-sufficiency and stability.  The message has encouraged States to implement initiatives that provide services to families with special needs or multiple employment barriers (e.g., homelessness) that appropriately and effectively address their needs.  In addition, the TANF program has been an active contributor to the Secretary's Work Group on Ending Chronic Homelessness and a co-sponsor of the Homelessness Policy Academies.

## <u>CENTERS FOR MEDICARE & MEDICAID SERVICES (CMS)</u>

CMS' principal mission is to administer the Medicare and Medicaid programs. These two programs provide health care to about one in every four Americans. In FY 2004, Medicare provided health insurance for 41.5 million elderly and disabled Americans, and Medicaid, a joint federal-state program, provided health coverage for more than 43 million low-income persons, including over 21 million children. CMS also administers the State Children's Health Insurance Program (SCHIP) through approved state plans that cover more than 6.1 million children (for FY 2004).

CMS' total outlays for FY 2004 were $482.5 billion. Medicaid and SCHIP have been identified as non-targeted programs that may provide assistance to eligible persons experiencing homelessness.

Non-targeted Programs:<br><u>Medicaid</u>

**2a.  Statutory Authority**
Title XIX of the Social Security Act

**2b.  FY 2004 Appropriation *(for targeted programs only)***
N/A

**2c.  Estimated FY 2004 Expenditure Related to Homelessness *(for non-targeted programs only)***
State Medicaid programs are not required to report to CMS on the homelessness or housing status of persons who receive health care supported with Medicaid funding. Therefore, Medicaid data systems are not designed to produce estimates of expenditures on services provided to persons who are homeless**.**

**2d.  FY 2005 President's Budget Request**
$183.197 billion

**2e.  Program Description**
Medicaid is a jointly funded, Federal-State health insurance program for certain low-income and needy people. In FY 2004, Medicaid provided coverage to more than 43 million individuals including children, the aged, blind and/or disabled, and people who are eligible to receive federally assisted income maintenance payment.

**2f.  Planned evaluations or other studies or reports of the program's administration, performance or impact**
Medicaid's planned activities relating to homelessness are in three areas. First, CMS will continue its participation in the Policy Academies on Homelessness. Second, CMS will participate with its Federal partners in identifying and developing technical assistance opportunities that will assist State Teams to

complete and implement their Action Plans on Homelessness. Third, CMS will collaborate with HUD and its other Federal partners to refine the information and format of the "First Step" CD, to maximize its usefulness to case managers, outreach workers, and others assisting people who are homeless to access mainstream programs.

**3a.     Known impediments to access by homeless people**

Stakeholders have identified three impediments to accessing Medicaid by homeless persons. First, some uninsured persons who are homeless may be eligible for Medicaid but are not enrolled. Second, some states may terminate Medicaid eligibility while a person is in a public institution or Institute of Mental Disease based solely on their status as inmates or residents, thus interrupting Medicaid eligibility and possibly access to essential services at discharge. Finally, providers who primarily serve persons who are homeless frequently have difficulty accessing Medicaid reimbursement. Problems include a) State Medicaid Programs either do not or cannot cover the necessary services needed by persons who are homeless, b) homeless providers are not eligible to receive Medicaid reimbursement, c) Medicaid provider requirements are too burdensome for some homeless providers, or d) low Medicaid reimbursement rates act as a disincentive to become a Medicaid provider.

**3b.     Efforts to increase participation**

CMS has implemented partnerships with other Federal agencies, States, providers, community groups, and faith-based organizations to expand access to Medicaid. Activities involve technical assistance, tool development, and education to States and providers:

Policy Guidance – On May 25, 2004, the Acting Director of Disabled & Elderly Health Programs Group, CMS, issued a letter to State Medicaid Directors and CMS Associate Regional Administrators for Medicaid on three mechanisms for advancing the Administration's efforts at "Ending Chronic Homelessness". First, the letter described the FirstStep Program and how to access it. Second, the letter announced a recent CMS report entitled *Improving Medicaid Access for People Experiencing Chronic Homelessness: State Examples,* and described where to obtain it. Finally, the CMS encouraged states to "suspend" and not "terminate" Medicaid benefits while a person is in a public institution or Institute of Mental Disease.

Policy Academies for States - CMS is a partner in the HHS, HUD, VA, and DOL sponsored Policy Academies that support States teams to explore new policies and collaborations that will expand housing and service opportunities for homeless persons.

Tool Development – CMS and HUD, in partnership with other HHS agencies, the Social Security Administration, the Departments of Agriculture, Labor, and Veterans Affairs developed a tool kit entitled "First Step" that provides information on the various mainstream services and housing resources that may assist homeless persons, their caseworkers, and program administrators. CMS and

USICH 2004 Annual Report

HUD distributed 10,000 copies of FirstStep in March 2004. Because of ongoing demand, an additional 5,000 copies have been ordered.

Identification of Promising Practices under Medicaid – CMS developed a document that provides technical assistance guidance for states on practices that have increased Medicaid access for people experiencing chronic homelessness. The CMS report is entitled *Improving Medicaid Access for People Experiencing Chronic Homelessness: State Examples*, and is located on the CMS website at http://www.cms.hhs.gov/promisingpractices/

Secretary's Work Group on Reducing Chronic Homelessness – CMS is participating in the Secretary's Work Group noted in the Department overview.

Targeted Initiatives - CMS is a member of the Planning Committee of the SAMHSA sponsored National Training Conference Addressing Homelessness for People with Mental Illnesses and/or Substance Use Disorders, which is planned for October 26 – 29, 2005 in Washington, D.C.  CMS is helping to arrange breakout sessions that describe how to access Medicaid services for this population.

Prevention - The Medicaid program can assist in the reduction of future episodes of homelessness by ensuring that Medicaid beneficiaries have timely access to covered, preventive and treatment services.

USICH 2004 Annual Report

<u>State Children's Health Insurance Program (SCHIP)</u>

**2a.    Statutory Authority**
Title XXI, established as part of the Balanced Budget Act of 1997, (PL 105-33).

**2b.    FY 2004 Appropriation *(for targeted programs only)***
N/A

**2c.    Estimated FY 2004 Expenditure Related to Homelessness *(for non-targeted programs only)***
State SCHIP programs are not required to report to CMS on the homelessness or housing status of persons who receive health care supported with SCHIP funding.  Therefore, SCHIP data systems are not designed to produce estimates of expenditures on services provided to eligible homeless persons

**2d.    FY 2005 President's Budget Request**
$5.299 billion

**2e.    Program Description**
SCHIP is a partnership between the Federal and State Governments that provides health coverage to uninsured children whose families earn too much to qualify for Medicaid but too little to afford private coverage. The Federal government establishes general guidelines for the administration of SCHIP benefits. However, specific eligibility requirements to receive SCHIP benefits, as well as the type and scope of services provided, are determined by each State.

**2f.    Planned evaluations or other studies or reports of the program's administration, performance or impact**
There are no planned evaluations for SCHIP related to homelessness.

**3a.    Known Impediments to Access by Homeless People**
There are no known impediments.  CMS requires States to ensure that covered services are available to all individuals who are eligible for the program, including those that are homeless, without discrimination.  States may implement outreach or health services initiatives specifically designed to reach different targeted subpopulations, such as homeless children.

SCHIP is a jointly administered Federal/State program, with each State developing its own rules for participant eligibility and service coverage that meet the needs of its population.  These determinations occur within broad Federal guidelines.  However, enrollment procedures, eligibility, and coverage vary by State and, within a State, there may be multiple service delivery systems (e.g. fee-for-service, managed care).  These variations within and across States allow for unique tailoring of SCHIP to each State, but make it difficult to identify overarching impediments.

USICH 2004 Annual Report

**3b.    Efforts to Increase Participation**

CMS has implemented partnerships with other Federal agencies, States, providers, community groups, and faith-based organizations to expand access to SCHIP.  Activities involve technical assistance, tool development, and education to States and providers:

Policy Guidance – CMS has issued letters to State SCHIP Directors regarding enrollment and eligibility simplification, out-stationing eligibility workers, re-determination procedures, continuance-of-care, and administrative flexibilities, all aimed at increasing access for beneficiaries, including eligible homeless persons.

Policy Academies for States - CMS is a partner in the HHS, HUD, and VA sponsored Policy Academies that support States' teams to explore new policies and collaborations that will expand housing and service opportunities for homeless persons.  Exemplary practices will later be shared at a national meeting.

Tool Kit Development – CMS, HUD and other Federal partners have developed a tool kit that provides information on the various mainstream service and resource programs (including SCHIP and Medicaid**)** that may assist homeless persons, their caseworkers, and program administrators.  The tool kit was disseminated by all participating Departments and agencies in 2004**.**

Targeted Initiatives - CMS encourages States to use the flexibility that exists within the program rules and guidelines to target initiatives that better meet the needs of their most vulnerable populations such as the homeless.  States may propose revisions to their SCHIP or Medicaid state plan at any time. The revisions allow states to make a variety of program changes, such as increasing eligibility, that are consistent with the purpose of the program.

Prevention - The SCHIP program can assist in the reduction of future episodes of homelessness by ensuring that SCHIP or Medicaid beneficiaries have timely access to covered, preventive, and curative health care services.

## <u>HEALTH RESOURCES AND SERVICES ADMINISTRATION</u> (HRSA)

HRSA provides access to essential health services for people who are poor, uninsured, or who live in areas where health care is scarce.  HRSA-funded health centers provided comprehensive primary and preventive medical care to 13.2 million patients in FY 2004 at more than 3,650 sites nationwide.  Working in partnership with many state and community organizations, HRSA also supports programs that ensure healthy mothers and children, increase the number and diversity of health care professionals in underserved communities, and provide supportive services for people fighting HIV/AIDS.

HRSA's FY 2004 budget was $7.2 billion.  HRSA has established an internal Work Group to Address Homelessness that develops and manages strategic initiatives to improve the use of HRSA resources to serve homeless persons.  In addition, through the HRSA Work Group to Address Homelessness, the agency collaborates closely with the Secretary's Work Group on Ending Chronic Homelessness.  HRSA operates one targeted program, Health Care for the Homeless.  HRSA also plays a major role in the Collaborative Initiative on Chronic Homelessness.  In addition, the Consolidated Health Centers, Title V Maternal and Child Health Services Programs, and Ryan White CARE Act have been identified as non-targeted programs that may provide assistance to eligible persons experiencing homelessness.

Targeted Program:<br><u>Health Care for the Homeless (HCH</u>)

**2a.     Statutory Authority:**
     Public Health Service Act, section 330 (h).

**2b.     FY 2004 Appropriation *(for targeted programs only)***
     As part of the funding for Consolidated Health Centers, the HCH Program receives approximately $135.7 million.

**2c.     Estimated FY 2004 Expenditure Related to Homelessness *(for non-targeted programs only)***
     N/A

**2d.     FY 2005 President's Budget Request**
     $148 million

**2e.     Program Description**
     The purpose of the HCH program is to provide primary health care, substance abuse, emergency care with referrals to hospitals for in-patient care services and/or other needed services, and outreach services to assist difficult-to-reach homeless persons in accessing care, and provide assistance in establishing eligibility for entitlement programs and housing.

Eligible grant recipients include private nonprofit and public entities. Eligible recipients of services include persons who are literally homeless, as well as those who are living in transitional housing arrangements. Services provided include primary health care, substance abuse, mental health, and oral health services; extensive outreach and engagement; extensive case management services; and assistance with accessing public benefits, housing, job training, etc.

HCH works within guidelines for the Consolidated Health Center (Health Center) program. Health centers serve all residents in their catchment area regardless of ability to pay. Health Centers serve homeless individuals as appropriate, i.e., those that do not have HCH programs may serve persons who are homeless. Approximately 569,000 persons are served annually by HCH program grantees, and the Health Center program serves an additional 109,000 persons who are homeless.

**2f.    Planned evaluations or other studies or reports of the program's administration, performance or impact**

All health center programs, including HCH grant recipients, are required to submit annual reports that outline services provided, demographic and clinical information on users of services, fiscal reports, etc. (Please see below for a listing of such reports.) These data are compiled for the complete cohort of health center programs. Special reports are also compiled on the demographic characteristics and other aspects of homeless users.

"Health Care for Homeless Native Americans." 2004. Suzanne Zerger, MA. National Health Care for the Homeless Council.

"Adapting Your Practice: Treatment and Recommendations for Homeless Patients with Hypertension, Hyperlipidemia and Heart Failure." 2004. Health Care for the Homeless Clinicians' Network.

"Adapting Your Practice: General Recommendations for the Care of Homeless Patients." 2004. Health Care for the Homeless Clinicians' Network.

"A Guide to Community-Campus Partnerships for the Health of People Experiencing Homelessness." 2004. National Health Care for the Homeless Council.

"Enfranchising Homeless Clients A Resource Guide to Voter Registration for Health Care for the Homeless Projects." 2004. Lynn A. Martin. National Health Care for the Homeless Council.

"Reaching In to Help Out Relationships Between HCH Projects and Jails." 2004. Nan McBride. National Health Care for the Homeless Council.

"Health Care for the Homeless Consumer Advisory Board Manual." December 2003. Ellen Dailey. National Consumer Advisory Board.

"The Health Care for the Homeless Persons:  A Manual of Communicable Disease and Common Problems in Shelters and on the Streets."  2004.  James J. O'Connell, MD, Editor.  The Boston Health Care for the Homeless Program.

**3a.    Known Impediments to Access by Homeless People**

1) Circumstances of homelessness (environmental, safety issues, etc.). Response includes assertive outreach, delivery of services in locations accessible to homeless persons, hours of service to accommodate the complications in the lives of homeless persons.

2) Lack of financial resources and health insurance.  Response includes provision of services regardless of an individual's ability to pay, waiver of fees for all persons below Federal poverty levels, assistance in application for Medicaid.

3) Lack of documentation of citizenship status.  Response includes provision of services without regard to documentation of eligibility or citizenship.

4) Language and cultural barriers.  Response includes culturally competent care, with translators for non-English speakers.

5) Attitudes of providers.  Response includes provision of training for all providers and other staff about interpersonal and clinical accommodations necessary to meet the needs of homeless people.

6) Scheduling difficulties.  Response includes scheduling of services to accommodate the complications in the lives of homeless persons.

7) Lack of transportation.  Response includes the delivery of services in a variety of settings, including fixed clinic sites, shelters and other locations where homeless people congregate, fully equipped mobile medical vans to deliver services on the street.

8)  Fear and distrust of institutions.  Response includes small, street and shelter-based service delivery, outreach to build trust, case management to help patients navigate the delivery system.

**3b.    Efforts to Increase Participation**

Responses to impediments were noted above.

All Health Centers are required to have boards of directors comprised of at least 51% consumers of services.  HCH grantees may request a waiver of this requirement, given the nature of the population they serve and the complexities of governance for public entities.  However, all HCH grantees must demonstrate significant involvement of consumers in program design and service delivery. The majority of Health Centers provide enabling services such as outreach to ensure that persons who are homeless can access health center services.

USICH 2004 Annual Report

Non-targeted Programs:
Consolidated Health Centers (HC), excluding HCH

**2a.     Statutory Authority**
Public Health Service Act, Section 330

**2b.     FY 2004 Appropriation *(for targeted programs only)***
N/A

**2c.     Estimated FY 2004 Expenditure Related to Homelessness *(for non-targeted programs only)***
In FY 2004, the entire Health Center program, including HCH, received $1.62 billion (including funds for Tort Claims).   Health Center reporting does not support an estimate of expenditures on homelessness outside of the HCH program.

**2d.     FY 2005 President's Budget Request:**
$1.836 billion.

**2e.     Program Description**
Health Centers provide health services to underserved populations.  This includes people who face barriers in accessing services because they have difficulty paying for services, have language or cultural differences, or because there is an insufficient number of health professionals/resources available in their community.  Health Centers provide health care services as described in statute and regulation.  They provide basic preventive and primary health care services. Health Centers also provide services that help ensure access to the primary care such as case management, outreach, transportation and interpretive services. Services are provided without regard for a person's ability to pay.  Fees are discounted or adjusted based upon the patient's income and family size from current Federal Poverty Guidelines.  All grantees must demonstrate that all persons will have access to the full range of required primary, preventive, enabling, and supplemental health services, including oral health care, mental health care and substance abuse services, either directly on-site or through established arrangements.

**2f.     Planned evaluations or other studies or reports of the program's administration, performance or impact**
Health Centers are monitored, assessed/evaluated through ongoing processes that include Primary Care Effectiveness Reviews, Annual Continuation Application Reviews, Accreditation Reviews, and Annual Independent Audits. Health Centers are required to submit annual reports that outline services provided, demographic and clinical information on users of services.  Recent annual data report that 109,000 homeless persons were assisted in Health Centers that do not receive targeted homeless funding.

USICH 2004 Annual Report

**3a.     Known Impediments to Access by Homeless People**
1) Lack of financial resources and health insurance.  Response includes provision of services regardless of an individual's ability to pay, waiver of fees for all persons below Federal poverty levels, assistance in application for Medicaid.

2) Language and cultural barriers.  Response includes culturally competent care, with translators for non-English speakers as appropriate.

3) Lack of transportation.  Response includes the provision of transportation services.

**3b.     Efforts to Increase Participation**
Responses to impediments were noted above.  In addition, Health Centers provide outreach services as appropriate.

<u>Title V Maternal and Child Health Services Block Grant (MCHBG)</u>

**2a.    Statutory Authority**

Title V Section 505 (a)(1)(A-D).  Although Title V does not contain specific statutory authority to serve homeless persons, Maternal and Child Health (MCH) agencies have the responsibility to serve all mothers and children, including homeless mothers and children.

**2b.    FY 2004 Appropriation *(for targeted programs only)***

N/A

**2c.    Estimated FY 2004 Expenditure Related to Homelessness *(for non-targeted programs only)***

Title V does not collect financial data on how many of its program dollars support homeless mothers and children, nor does it collect program data that indicates how many homeless mothers and children are served by Title V.

**2d.    FY 2005 President's Budget Request**

$729.8 million

**2e.    Program Description**

Title V has three components: formula block grants to 59 States and Territories, grants for Special Projects of Regional and National Significance, and Community Integrated Service Systems grants.  It operates through a partnership with State MCH and Children with Special Health Care Needs programs.  The Program supports direct care; core public health functions such as resource development, capacity and systems building; population-based functions such as public information and education, knowledge development, outreach and program linkage; technical assistance to communities; and provider training. Most services supported by MCH block grant funds fall within four areas:

<u>Direct Health Care</u> - Basic health care services are provided to individual clients generally on a one-on-one basis between health care professionals and patients in a clinic, office, or emergency room.

<u>Enabling Services</u> - These services help targeted populations in need to gain access to the care that is available to them. Types of services include transportation to care, translation services, respite care for family caregivers, and health education programs.

<u>Population-based Services</u> - Most of these are preventive services that are available to everyone. Examples include immunizations, child injury prevention programs, lead poisoning prevention activities, and newborn screening programs.

<u>Infrastructure Building</u> - These activities form the foundation of all MCH-funded services.  Activities include: evaluation, monitoring, planning, policy development, quality assurance, training and research.

USICH 2004 Annual Report

**3a.    Known Impediments to Access by Homeless Persons**

Homeless women and children may well have difficulty obtaining health care services for a variety of reasons.  State and local MCH agencies engage in numerous outreach efforts to bring high-risk women and children into care.  For example, MCH supports outreach workers at WIC centers and health centers under the 330 Consolidated Health Centers program in many jurisdictions.

**3b.    Efforts to Increase Participation:**

Several States have identified issues related to homelessness vis-à-vis the MCH target populations and have included them in their State Title V program narratives.

<u>Ryan White CARE Act (RWCA**)**</u>

**2a**.    **Statutory Authority**
Public Law 101-381 as amended by the Ryan White Comprehensive AIDS
Resources Act (CARE Act) Amendments of 1996 (Public Law 104-146 and the
CARE Act Amendments of 2000 and Public Law 106-345)

**2b.**    **FY 2004 Appropriation *(for targeted programs only)***
N/A

**2c.**    **Estimated FY 2004 Expenditure Related to Homelessness *(for non-targeted
programs only)***
RWCA consists of four major funded programs, referred to as Titles.  FY 2002
housing expenditures for *Title I (Eligible Metropolitan Areas)* and *Title II (States)*
for housing-related assistance are provided below.

*Spending on Housing, 2003\**

|  | *Title I* | *Title II* | *Total* |
|---|---|---|---|
| Housing Assistance | $ 26,396,875 | $ 2,700,792 | **$ 29,097,667** |
| Housing Related Services | $  7,890,710 | $ 2,351,774 | **$ 10,242,484** |
| **Total** | **$ 34,287,585** | **$ 5,052,566** | **$ 39,340,151** |

*(\*Data obtained from 2003 Title II Final Allocation and 2002 Title I Planned
Allocation Report.  These are the most recent data that can be provided.)*

In CY2003, permanent housing was reported for 51% of clients and 58% among
clients who were HIV-positive.  CARE Act provider recorded the delivery of
services to clients who were non-permanently housed at 12% for HIV-positive
clients and 6% among HIV-negative clients.  The housing status was unknown
for 69% of HIV-negative clients.

Of the 431 grantees who received Title III (Early Intervention Services) funds in
2003 who also submitted service utilization data on the 2003 CARE Act Data
Report, 244 grantees (57%) targeted outreach efforts to individuals who were
homeless.

In 2003, the total number of clients served under Title IV (Services to women,
infants, children, youth, and families) and reported under the housing/living
arrangement item on the 2003 CARE Act Data Report was 199,858.  The total
number of clients served under Title IV has the following distribution: The number
of HIV positive clients served by Title IV who were permanently housed was
113,303 (70%), while those who were non-permanently housed numbered
17,027 (10%).  The situation was similar for HIV negative clients served by Title

IV: 24,457 clients (66%) were permanently housed while 3,013 clients (8%) were non-permanently housed.

According to our CY2003 Care Act Data Report (CADR), of 2,647 providers responding to the question if they delivered services to special target populations, 1,186 providers indicated that they provided services to the special target population, homeless.

**2d.    FY2005 President's Budget Request**
$2.08 billion

**2e.    Program Description**
The CARE Act, signed into law in 1990, authorizes funding for the bulk of the agency's work on HIV/AIDS.  In FY 2004, a budget of $2.04 billion funded programs through States, disproportionately impacted metropolitan areas, community health centers, dental schools, and health care programs that target women, infants, youth and families.

An increasing number of the people accessing HIV/AIDS services and housing have histories of homelessness, mental illness, and chemical dependency.  The HRSA bureau responsible for administration of the CARE Act, the HIV/AIDS Bureau (HAB), has approached the issue of housing and healthcare access through housing policy development, direct service programs, service demonstrations, as well as in technical assistance and training activities to grantees.

Types Of Housing Assistance Provided Through The Care Act
-- Housing referral services defined as assessment, search, placement, and advocacy services;
-- Short-term or emergency housing defined as necessary to gain or maintain access to medical care;
-- Housing services that include some type of medical or supportive service; including, but not limited to residential substance treatment or mental health services, residential foster care, and assisted living residential services (does not include facilities classified as an institute of mental diseases under Medicaid);
-- Housing services that do not provide direct medical or supportive services but are essential for an individual or family to gain or maintain access and compliance with HIV-related medical care and treatment.  Necessity of housing services for purposes of medical care must be certified or documented.

**2f.    Planned Evaluations or other studies or reports of the program's administration, performance or impact:**
"A Guide to Primary Care of People with HIV/AIDS, 2004 Edition."  Edited by John G. Bartlett, MD, Laura W. Cheever, MD, ScM, Michael P. Johnson, MD, MPH, Douglas S. Paauw, MD, FACP.  US DHHS HRSA.

**3a.    Known Impediments to Access by Homeless People:**

1) Despite their disproportionately high risk for HIV infection and transmission, homeless people have limited access to medical care, which delays the identification of HIV and co-morbidities, impedes the resolution of behavioral disorders that interfere with HIV risk reduction and treatment, and accelerates the onset of AIDS.

2) Adherence to complex HIV treatment regimens presents special challenges for homeless patients and their caregivers.  Many homeless people lack regular access to food, water, and other resources needed to facilitate adherence.

3) Antiretroviral medications frequently have debilitating side effects, such as recurrent and often explosive diarrhea, yet public bathrooms are scarce and often locked to indigents.  Some medications require refrigeration, which is unavailable to most homeless individuals.  Many of these drugs have a high value on the black market in some areas, and are frequently stolen or sold.

4) Language needs of clients -- HAB is planning to translate key consumer-directed materials to other languages, starting with Spanish language and to assess what new materials may strengthen the program efforts if available in other languages.

**3b.     Efforts to Increase Participation:**
HRSA will continue to coordinate Ryan White CARE Act Titles I and II program resources, and services with HUD Housing Opportunities for People with AIDS (HOPWA) for persons with HIV/AIDS who are homeless or at risk of homelessness.

Recent efforts include:
- ➢ Provided orientation of a Learning CARE workshop for HIV/AIDS Bureau Project Officers on Housing and Homelessness Issues of Persons Living with HIV/AIDS for project officers

- ➢ Conducted three sessions on the intersection of housing and homelessness issues vis-à-vis care and treatment of people living with HIV/AIDS during the Housing and Homelessness Institute.  All CARE Act Grantees were required to attend this national technical assistance meeting.

- ➢ Convened a national technical assistance teleconference in June, 2004, entitled **"Homelessness and HIV: Best Practices for Providing Care."** This TA teleconference was for all CARE Act grantees across titles as well as Housing Opportunities for Persons with AIDS (HOPWA) and Health Care for the Homeless grantees.  Panelists discussed best practices on how HIV providers deliver care to homeless or unstably housed individuals.  It also highlighted the role of CARE Act grantees in addressing the housing related needs of their clients.  It is anticipated that the national teleconference will become an annual or bi-annual activity, occurring again in 2005/2006.

USICH 2004 Annual Report

The Bureau has a Housing and Homelessness Workgroup that meets on a regular basis to provide leadership and direction around HIV housing and homelessness programming and policy efforts.

# PROGRAM SUPPORT CENTER (PSC)

PSC provides a variety of administrative support operations to the programs of HHS, including financial services, technology support, human resource services, contracting and procurement.  In FY 2004, PSC expended $507.1 million.  PSC is responsible for one targeted homeless assistance program, the transfer of Federal surplus real property for use in homeless assistance.

Targeted Program:
Federal Surplus Real Property

**2a.  Statutory Authority:**
Federal Property and Administrative Services Act of 1949, Section 203(k), Public Law 81-152, 40 U.S.C. 484, as amended; McKinney-Vento Homeless Assistance Act of 1987 (McKinney Act), as amended, 104 Stat. 4673.

**2b.  FY 2004 Appropriation *(for targeted programs only)***
No appropriation.  PSC has permanent authority as a component of the HHS Services and Supply Fund, under 42USC231, to be reimbursed for services performed.  In FY 2004, PSC estimates the budget for the Real Property program was approximately $674,199.

**2c.  Estimated FY 2004 Expenditure Related to Homelessness *(for non-targeted programs only)***
N/A

**2d.  FY 2005 President's Budget Request**
N/A

**2e.  Program Description**
The Department may transfer Federal surplus real properties that have been determined suitable and available for use by homeless assistance providers.  HUD determines the suitability of the property and publishes a listing in the Federal Register advising potential applicants to provide expressions of interest to HHS' Real Property Section, Division of Property Management, Program Support Center.

The purpose of the program is to provide Federal surplus land and buildings to organizations, which serve the needs of the homeless.  Eligible applicants are States and their political subdivisions and instrumentalities, and tax-supported and nonprofit institutions, which provide a broad array of services to the homeless.  Eligible activities include emergency and transitional housing and related services; substance abuse and mental health programs for homeless individuals; homeless ex-offender aftercare programs and miscellaneous other supportive homeless services.  Currently, there are 77 active properties on which numerous services are provided to homeless individuals and/or families.  There

USICH 2004 Annual Report

are approximately 3,000 transitional housing beds and 800+ emergency housing beds being successfully operated by homeless assistance providers receiving properties pursuant to Title V of the McKinney-Vento Homeless Assistance Act.

**2f.     Planned evaluations or other studies or reports of the program's administration, performance or impact**
None.  Since FY 1988, HHS has transferred over 850 acres of land and approximately 590 buildings for homeless use.  There are currently 510 acres of land and 465 buildings, all currently occupied by eligible homeless institutions. Faith-based homeless assistance providers currently occupy 20 of Title V properties transferred.

**3a.     Known Impediments to Access by Homeless People**
No impediments known.

**3b.     Efforts to Increase Participation**
In past years, PSC participated in workshops conducted by GSA and/or Department of Defense agencies to make homeless assistance providers aware of our program.  There have been no workshops since approximately 1994.  PSC continues to provide information to the general public who contact this office, referring them to other Federal, state and local agencies, which may provide the homeless services they require.  The public inquiry may be by telephone or written communication.  All incoming inquiries are logged and assigned to a realty specialist for response.  The response includes a standard information letter which contains a pamphlet entitled "How to Acquire Federal Surplus Real Property for Public Health Purposes"; contact information for the Department of Housing and Urban Development; contact and website information for the Interagency Council on Homelessness; HHS regulation, 45 C.F.R., Part 12a and the PSC website for Title V McKinney-Vento homeless assistance program information.  The aforementioned pamphlet may be obtained from the Division of Property Management (DPM) at the address below.  PSC also advises interested parties that the Federal Register may be viewed at the local public library and provides the Government Printing Office Internet address for its access.

All inquiries regarding Title V should be addressed to:

> DPM, Real Property Section
> Program Support Center
> Department of Health and Human Services
> Room 5B-17, Parklawn Building
> Rockville, MD 20857
> Phone: 301/443-2265
> Fax: 301/443-0084
> E-Mail: rpb@psc.gov

The website address for the Title V program is:  http://www.psc.gov/aos/federalprop/titleV.html

## <u>SUBSTANCE ABUSE AND MENTAL HEALTH SERVICES ADMINISTRATION</u>
### (SAMHSA)

SAMHSA works to improve the quality and availability of substance abuse prevention, addiction treatment and mental health services. It provides funding to the States for substance abuse and mental health services through federal block grants. Grants for Programs of National and Regional Significance provide resources to many levels of government to expanded targeted capacities and to address emerging drug abuse trends and mental health service needs at the earliest possible stages. SAMHSA funds hundreds of programs nationwide to apply the knowledge generated from research in providing improved prevention and treatment methods.

SAMHSA's total FY 2004 budget was $3.23 billion. SAMHSA's Homelessness Matrix Group (HMG) is continuing to implement an Action Plan to expand the use of substance abuse and mental health resources to address homelessness. The plan includes partnerships with other agencies and Departments, as well as technical assistance to help states address chronic homelessness. SAMHSA administers two targeted programs on homelessness, Projects for Assistance in Transition from Homelessness (PATH) and Cooperative Agreements for the Development of Comprehensive Drug and Alcohol Treatment for Systems for Homeless Persons, referred to as the "Treatment for Homeless" program or the Grants to Benefit Homeless Individuals (GBHI) programs. SAMHSA has also played a major role in the Collaborative Initiative on Chronic Homelessness, which concludes this year. The Substance Abuse Prevention and Treatment Block Grant and the Community Mental Health Services Block Grant have been identified as non-targeted programs that may provide assistance to eligible persons experiencing homelessness.

Targeted Program:
<u>Projects for Assistance in Transition from Homelessness (PATH)</u>

**2a.    Statutory Authority**

Public Health Service Act, Title V, Part C, Section 521, as amended, 42 U.S.C. 290cc-21 et seq.; Stewart B. McKinney Homeless Assistance Amendments Act of 1990, Public Law 101-645.

**2b.    FY 2004 Appropriation *(for targeted programs only)***

$49.8 million

**2c.    Estimated FY 2004 Expenditure Related to Homelessness *(for non-targeted programs only)***

N/A

**2d.    FY 2005 President's Budget Request**

$55.3 million

**2e.     Program Description**

PATH is a formula grant program to provide financial assistance to states to support services for homeless individuals who have serious mental illness or serious mental illness and substance abuse.

Eligible programs and activities include: (1) outreach services; (2) screening and diagnostic treatment services; (3) habilitation and rehabilitation services; (4) community mental health services; (5) alcohol or drug treatment services; (6) staff training; (7) case management services; (8) supportive and supervisory services in residential settings; (9) referrals for primary health services, job training, educational services, and relevant housing services; and (10) a prescribed set of housing services.

The formula allots funds on the basis of the population living in urbanized areas of the state, compared to the population living in urbanized areas of the entire United States, except that no state receives less than $300,000 ($50,000 for territories).  States must agree to make available nonfederal contributions equal to not less than $1 (in cash or in kind) for each $3 of Federal funds provided in such grant.  Territories have no matching requirements.  Not more than 20 percent of the payment may be expended for housing services.

According to the latest available data, state-funded community based agencies used FY 2002 allocations to provide PATH eligible services to 77,000 enrolled persons.  Persons served were among the most severely disabled.  Thirty-nine percent of clients had schizophrenia and other psychotic disorders; 58% of persons served had a co-occurring substance use disorder in addition to a serious mental illness; and almost 59% of clients served were living on the street or in emergency shelters.

**2f.     Planned evaluations or other studies or reports of the program's administration, performance or impact**

SAMHSA evaluates the PATH program to ensure that expenditures are consistent with the legislative provisions and that changes needed in program design or operations are developed.  The next evaluation will be completed in 2005.

The program obtains annual data from states indicating the number and characteristics of persons, homeless or at imminent risk of homelessness, who are served by staff supported by federal PATH funds.

**3a.     Known Impediments to Access by Homeless People**

There are no known impediments to the use of the program by homeless individuals.  However, most local providers use PATH funds to contact homeless persons, engage them, and link them to housing and mainstream services supported by other funding streams.  Therefore, their success is limited by the availability of housing and other mainstream resources and services.

USICH 2004 Annual Report

**3b.**   **Efforts to Increase Participation:**
States and local agencies are encouraged to use PATH funds to provide
outreach to homeless persons with serious mental illnesses.  Technical
assistance is provided to States and local providers to increase their ability to
obtain mainstream resources, particularly housing, substance abuse services
and social security benefits.  Examples of collaborative efforts with other federal
agencies to expand access include an inter-agency effort with HUD and the VA
to address chronic homelessness, participation in the administration of State
Policy Academies to address homelessness, and collaboration with the Social
Security Agency's Office of Disability and Income Security Programs to address
impediments for eligibility of homeless persons with serious mental illnesses for
Social Security Income benefits.

Targeted Program:
<u>Grants for the Benefit of Homeless Individuals (GBHI)</u>

**2a.    Statutory Authority**
(P.L. 106-310 (PL) Sec. 3202, Public Health Service Act (PHSA) Sec. 506)

- ➤ Authorizes the HHS Secretary to award grants of up to five years duration to community-based public or nonprofit entities to provide addiction and mental health services to homeless people.

- ➤ Prohibits the Secretary from making awards to entities that exclude people with co-occurring addictions and mental illnesses.

- ➤ Requires the Secretary, when making award decisions, to give preference to entities that: provide integrated primary health, substance abuse, and mental health services to homeless people; have experience in providing addiction and mental health services to homeless people; demonstrate experience in providing housing for people in treatment for or in recovery from mental illness or addiction; demonstrate effectiveness in serving runaway, homeless, and street youth; and demonstrate effectiveness in serving homeless veterans.

- ➤ Senate report language instructs the Secretary to ensure that awards made available to entities targeting homeless veterans are used to supplement, not supplant, funds for services that are the responsibility of the U.S. Department of Veterans Affairs.

- ➤ Senate report language instructs the Secretary to utilize the expertise of both SAMHSA and the Health Resources and Services Administration (HRSA) in administering the program.  Requires the Secretary to consult with the Interagency Council on Homelessness in administering the grant program in recognition of the critical role that numerous federal agencies play in creating systems of care for homeless people with addictions and mental illnesses.

- ➤ Senate report language encourages the Secretary to consult with HHS' Administration for Children and Families, Health Care Financing Administration, and National Institutes of Health in administering the grant program.

- ➤ Authorizes GBHI at the $50 million level in FY 2001 and at such sums as necessary in FY 2002 and FY 2003.

**2b.    FY 2004 Appropriation *(for targeted programs only)***
$33.0 million

**2c.    Estimated FY 2004 Expenditure Related to Homelessness *(for non-targeted programs only)***
N/A

**2d.    FY 2005 President's Budget Request**
$35.9 million

**2e.    Program Description**
The program enables communities to expand and strengthen their treatment services for homeless individuals with substance abuse disorders, mental illness, or with co-occurring substance abuse disorders and mental illness.  Eligible applicants are community-based public and private nonprofit entities.

Programs and activities include: (1) substance abuse treatment; (2) mental health services; (3) immediate entry to treatment; (4) wrap-around services; (5) outreach services; (6) screening and diagnostic treatment services; (7) staff training; (8) case management services; (9) supportive and supervisory services in outpatient and residential settings; and (10) referrals for primary health services, job training, educational services, and relevant housing services.

Funds may not be used to: (1) pay for housing (other than residential substance abuse treatment and/or residential mental health programs; (2) carry out syringe exchange programs; and (3) pay for pharmacologies for HIV antiretroviral therapy, STDs, TB and hepatitis B and C services.

The GBHI Technical Assistance Workshop was held at the Bethesda Hyatt Hotel, Bethesda, MD May 24-26, 2005. Over 250 persons, primarily grantees were in attendance to gain knowledge from experts in the field and share their experiences in serving persons who are homeless.  Some topics of interest included substance abuse and homelessness, evidence-based practices, criminal justice diversion, impact of adverse childhood experiences, motivational interviewing, lessons learned from third-year grantees, permanent supportive housing, funding and sustainability, and healthcare issues affecting homelessness.

Since the inception of the Treatment for Homeless program, over 10,000 persons have received grant-supported services.  Fifty-seven percent of persons served are male, 46.6% are Black/African American, 31.5% White, 16.7% Hispanic, 3.5% American Indian, and 2.7% are other including Asian and Pacific Islander. The majority of the people are between ages 25 and 54 years.  Twenty-seven percent of clients are served in residential treatment settings, 56% receive outpatient services, and 86% receive case management services.

As of May 2005 there were 77 active grants.  To date, these grantees have served 6,775 persons (90 more than were proposed in the applications). This program has touched the lives of many.

USICH 2004 Annual Report

**2f.    Planned evaluations or other studies or reports of the program's administration, performance or impact**

SAMHSA obtains data from the grantees in the form of progress reports that include descriptive and quantitative information.  Descriptive information includes: organization, management and project plan activities.  Quantitative information includes Government Performance and Results Act (GPRA) data.  These data include: Percent of service recipients who: (1) have no past month substance abuse; (2) have no or reduced alcohol or illegal drug consequences; (3) are permanently housed in the community; (4) are employed; (5) have no or reduced involvement with the criminal justice system; and (6) have good or improved health and mental health status.

To date the intake rate for this program is 99.9%, i.e., the number of clients enrolled was virtually 100% of the number that had been projected for the program as a whole.  The six-month follow-up goal is 80%, and an actual follow-up rate of 75.7% was achieved.  At the six-month follow-up, almost twice as many clients had been employed/engaged in productive activities than at intake, and the number of clients having a permanent place to live had more than doubled.

The grantees have complied with GPRA requirements and continue to enter data at baseline and at 6-month and 12-month follow-up.  In addition, progress reports are submitted on time.

**3a.    Known Impediments to Access by Homeless People**

SAMHSA has improved access to substance abuse services available to homeless persons by continuing to provide new funding in FY05, awarding over 30 new grants, and by coordinating resources for substance abuse services, mental health services, and co-occurring disorders to provide comprehensive behavioral health care to this target population.

**3b.    Efforts to increase participation:**

The first year of this program (FY2001) generated considerable interest, including the promotion of the FY 2002 competition by private sector entities.  As a result, SAMHSA received nearly 240 applications for the FY 2002 competition.  To date, 84 grants have been awarded throughout the United States -- 17 grants in FY 2001, 19 grants in FY 2002, 14 grants in FY 2003, and 34 grants in FY 2004.

Other Targeted Homelessness Activities in SAMHSA:
<u>Funding Provided Through Mental Health and Substance Abuse Treatment
Programs of Regional and National Significance (PRNS)</u>

**2a.**   **Statutory authority:**
Using Programs of National and Regional Significance (PRNS) funding, SAMHSA is able to provide technical assistance and training to service providers.

**2b.**   **FY 2004 Appropriation *(for targeted programs only)***
$13.3 million

**2c.**   **Estimated FY 2004 Expenditure Related to Homelessness *(for non-targeted programs only)***
N/A

**2d.**   **FY 2005 President's Budget Request**
$20.1 million

**2e.**   **Program description**

### SAMHSA's Biennial National Training Conference

The national training event will be held October 26-29, 2005, and will be called "Preparing People for Change: Knowledge & Choice." It will be held in Washington, DC providing an opportunity for greater federal participation. The purpose of the event is to promote evidence-based and promising practices for people who are homeless and have mental illnesses and/or substance use disorders. We are planning for 800 people to attend, including consumers, mental health, substance abuse and homeless service providers, and state and local policymakers. The conference will include 55 training institutes and workshops focused on service delivery and housing, as well as cross-cutting principles for promoting collaboration, systems change and recovery.

The October conference will also have two full day pre-conference institutes. One will focus on ending chronic homelessness, and the other on SSI/SSDI Entitlement/Benefits: Utilization and Outreach.

### Collaborative Initiative on Chronic Homelessness

From FY03 through FY05, SAMHSA, in collaboration with HHS' Health Resources and Services Administration (HRSA), the Departments of Housing and Urban Development (HUD) and Veterans Affairs (VA), and the U.S. Interagency Council on Homelessness is funding a $35 million initiative to help end chronic homelessness by seeking to create a comprehensive approach to addressing homelessness.

USICH 2004 Annual Report

### Mental Health Best Practices Programs

SAMHSA has developed "tool kits" for all stakeholders – including providers, policy makers, consumers and their families – on the following topics, all of which are relevant to addressing chronic homelessness:

- Assertive Community Treatment
- Co-Occurring Disorders: Integrated Dual Diagnosis Treatment
- Supported Employment
- Family Psychoeducation
-  Illness Management and Recovery
- Medication Management Approaches in Psychiatry

Each kit contains many useful resources, including:

- Information Sheets for all stakeholder groups
- Introductory videos
- Practice demonstration videos
- Workbook or manual for Practitioners

**2f.    Planned evaluations or other studies or reports of the program's administration, performance or impact**
For the National Training Conference, SAMHSA obtains evaluative feedback from participants to determine topics that are of high priority and need as well as presentations that need fine-tuning.  The data are primarily for administrative purposes.

**3a.    Known Impediments to Access by Homeless People:**
None.  Consumer scholarships and other forms of support were provided for the Biennial National Training Conference.

**3b.    Efforts to Increase Participation**
Promotion for the National Training Conference resulted in more than 600 attendees at the FY 2003 Training Conference.  That attendance level, plus similar promotion for the FY 2005 Conference has resulted in planning for 800 attendees.  Similar efforts will be made for future training.

Non-Targeted Programs:
Substance Abuse Prevention and Treatment Block Grant (SAPTBG)

**2a.    Statutory Authority**

Part B of Title XIX, Subpart ll, Block Grants for Prevention and Treatment of Substance Abuse, (42 U.S.C. 300x21 through *300x-66).*

The regulatory citation is Interim Final Rule (45 CFR, Part96)

**2b.    FY 2004 Appropriation *(for targeted programs only)***

N/A

**2c.    Estimated FY 2004 Expenditure Related to Homelessness *(for non-targeted programs only)***

For FY 1999 (the only year for which a special analysis was compiled), the 40 participating States reported just over $26 million SAPTBG funds were spent on alcohol and drug abuse services to homeless populations, approximately 1.64 percent of the Block Grant (Analysis by the National Association of State Alcohol and Drug Abuse Directors [NASADAD], 2002)

**2d.    FY 2005 President's Budget Request**

$1.832 billion

**2e.    Program Description**

The SAPTBG is a formula block grant to states to provide substance abuse treatment and prevention services to individuals in need. The formula grant is intended to provide maximum flexibility to states in determining allocations of the block grant to all populations within the states, dependent on state needs and priorities, including vulnerable and underserved populations such as the homeless and those at risk of homelessness. The authorizing legislation does not, however, specify homeless services and current policy does not encourage set-asides for specific populations.

SAMHSA is now implementing the reporting of National Outcome Measures (NOMS) in its Block Grants and other key programs, including SAMHSA's Access To Recovery grants, Strategic Prevention Framework grants, and Mental Health System Transformation grants.  The NOMs will measure states' progress on seven key National Outcome domains, including: abstinence from alcohol abuse or drug use, or decreased mental illness symptomatology; increased or retained employment and school enrollment; decreased involvement with the criminal justice system; increased stability in housing; increased access to services; increased retention in services (substance abuse) or decreased utilization of psychiatric inpatient beds (mental health); and increased social supports/social connectedness.  These seven domains, as well as three outcomes identified by the OMB PART process – client perception of care, cost effectiveness, and use of evidence-based practices – constitute the ten National Outcomes.  Specifically of interest to ICH is the fact that states will be reporting

annually on the percentage of clients in stable housing situations at date of first services and then at date of last service.

**2f.     Planned evaluations or other studies or reports of the program's administration, performance or impact**

The SAPTBG provides service funding to States and the reporting of the results of these expenditures are not evaluated, per se. States are required to submit information consistent with OMB-approved application reporting requirements, including the Government Performance and Requirements Act standards. The NASADAD analysis noted above indicated that as many as 10 percent of all clients admitted to treatment in publicly-funded programs self report they are homeless at the time of admission. The primary barrier to overcoming their homelessness is the availability of appropriate and affordable housing.

**3a.     Known Impediments to Access by Homeless People**

There are no known impediments to the use of the block grant funds by the states for their homeless populations.

**3b.     Efforts to Increase Participation in the Program**

In December 2003, SAMHSA released a publication, "How States can use SAMHSA Block Grants to Serve Persons Who are Homeless", at its third National Training Conference and subsequently distributed 600 copies of the publication at State Policy Academies on Chronic Homelessness.  This report, which is available at www.samhsa.gov, has also been sent to State Substance Abuse and Mental Health officials and is now in its second printing.

The report presents specific examples of strategies used by state mental health and substance abuse treatment systems to support the provision of services to people who are homeless, and shows how Federal Mental Health and Substance Abuse Block Grant Funds support the funding of these services.

States selected for the case studies presented in this report use a portion of their Mental Health and Substance Abuse Block Grant Funds to support services to people who are homeless. The state strategies profiled here reflect a range of effective and/or innovative approaches that bridge the gap between needed mental health and substance abuse treatment, housing, and other support services - all of which are needed to break the cycle of homelessness.

The report is intended for mental health and substance abuse program administrators at the state and local levels, service providers, and members of the advocacy community concerned with the provision of services to people who are homeless and have mental illnesses or substance use disorders. The examples may be adapted by other states and localities.  It features approaches developed using funds from both of SAMHSA's block grants, the Substance Abuse Prevention and Treatment Block Grant (SAPTBG) and the Community Mental Health Services Block Grant Program (CMHSBG).

<u>Community Mental Health Services Block Grant Program (CMHSBG)</u>

**2a.**   **Statutory Authority**
Public Health Service Act, Title XIX, Part B, Subpart I, Block Grants for Community Mental Health Services.

**2b.**   **FY 2004 Appropriation** *(for targeted programs only)*
N/A

**2c.**   **Estimated FY 2004 Expenditure Related to Homelessness** *(for non-targeted programs only)*
Block grant funds are used by each State as they determine their needs. No specific amounts are required to be reported.

**2d.**   **FY 2005 President's Budget Request**
$436.1 million

**2e.**   **Program Description**
The CMHSBG is a formula grant to states and territories for providing mental health services to people with serious mental illnesses. The formula for determining the federal allocations of funds to the states is determined by Congress. The funds are intended to improve access to community-based health care delivery systems for adults with serious mental illnesses and children with serious emotional disturbances. States design a services delivery plan that addresses the unique needs of the state's populations. Funds are used to carry out the plan, evaluate programs and services carried out under the plan, and for planning, administration and educational activities that relate to providing services under the plan.

Mental health plans must respond to federal criteria that include:
     (1) A comprehensive community based mental health system with a description of health and mental health services, rehabilitation services, employment services, housing services, educational services, substance abuse services, medical and dental care;
     (2) Mental health system data and epidemiology estimates of incidence and prevalence in the state of serious mental illness among adults and serious emotional disturbance among children;
     (3) Services for children with serious emotional disturbance provided in an integrated system of care;
     (4) Targeted services to rural and homeless populations with a description of State's outreach to and services for individuals who are homeless and how community-based services will be provided to individuals residing in rural areas; and
     (5) Management systems for financial resources, staffing and training for mental health providers, and training of providers of emergency health services.

CMHSBG funds may not be used for certain services or activities, including the provision of inpatient services; financial assistance to any entity other than a public or nonprofit private entity; and a cap of no more than 5% of the grant for use by the state for administrative expenses.

As described above, states will be reporting on NOMs for the CMHSBG as well, including stable housing situation.

**2f.    Planned evaluation or other studies or reports of the program's administration, performance or impact**

There is an annual review by SAMHSA's Center for Mental Health Services (CMHS) of state mental health plans.  All state and territory mental health plans and implementation reports must be reviewed before grant award can be made. This review determines applicant responsiveness to the required five criteria of the statute.   Additionally, a statutory provision requires that the CMHS block grant staff "investigate" at least 10 states per year to determine that the states are in compliance with the requirements of the grant.  A monitoring team produces a report that is shared with the state or territory visited.

**3a.    Known Impediments to Access by Homeless People**

There are no known impediments to the use of the block grant funds by the states for their state's homeless populations

**3b.    Efforts to increase participation in the program by (as appropriate) homeless people or organizations serving homeless people**

SAMHSA encourages states and territories to use Block Grant funds to provide needed services as they determine is best for their population.   State and territories receive technical assistance to increase their ability to obtain and provide enhanced mental health services to the public.  As indicated previously, the report, "How States can use SAMHSA Block Grants to Serve Persons Who are Homeless" contains examples of states using CMHSBG funds to provide services to persons who are homeless.