## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEW LIFE EVANGELISTIC CENTER, INC., | ) |
| *Plaintiff*, | ) |
| v. | ) |
| MICHAEL O. LEAVITT, Secretary of the U.S. Department of Health and Human Services, | ) ) ) |
| and | ) |
| DAVID L. BIBB, Acting Administrator,[1] U.S. General Services Administration | ) ) ) |
| *Defendants*. | ) |

Civil Action No. 1:05-cv-01449 RJL

## ORDER

This matter having come before the Court on Defendants', Michael Leavitt, Secretary, U.S. Department of Health and Human Services, and David L. Bibb, Acting Administrator, U.S. General Services Administration, Motion For Summary Judgment, the memoranda in support and opposition, and the entire record in this case, it is this _____ day of _____ hereby

ORDERED that Defendant's Motion _____ is hereby GRANTED; and it is

FURTHER ORDERED that Plaintiff's claims are hereby DISMISSED in their entirety, with prejudice.

_____
United States District Judge

---

[1] Pursuant to Fed. R. Civ. P. 25(d)(1), David L. Bibb, Acting Administrator, U.S. General Services Administration, should be automatically substituted for the former Administrator, Stephen Perry. See Fed. R. Civ. P. 25(d)(1).