IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| NEW LIFE EVANGELISTIC CENTER, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL LEAVITT, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 1:05-cv-01449 RJL |

## MOTION TO DISMISS

The Plaintiff, New Life Evangelistic Center, Inc. ("NLEC") has found that after the filing of this action in this court the City of St. Louis and its affiliated consortium of care have taken suitable steps to address the daytime needs of the homeless of the City of St. Louis. However, NLEC recognizes that significant progress in the area of emergency shelter, night time facilities for the homeless, and affordable housing still needs to be made. Nevertheless, in light of the progress made in meeting the daytime needs of the homeless in the City of St. Louis, and the desire by NLEC to appropriately use its resources and opportunities to serve the less fortunate, NLEC will pursue a facility more conducive to meeting the needs of the homeless in the City of St. Louis and the State of Missouri.

WHEREFORE, Plaintiff moves to dismiss this cause of action with prejudice.

Respectfully submitted,

/s/
_____
Patrick O. Boyle
Daniel P. Boyle

The Boyle Law Firm, L.L.C.
755 Rue St. Francois
Florissant, Missouri 63031

(314) 838-4500 (telephone)
(314) 838-7727 (facsimile)

Date: February 10, 2006

_____
Edward T. Waters (Bar No. 422461)
Grace B. Culley (Bar No. 486713)

Feldesman Tucker Leifer Fidell LLP
2001 L Street, N.W., Second Floor
Washington, D.C. 20036

(202) 466-8960 (telephone)
(202) 293-8103 (facsimile)

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that the foregoing Motion to Dismiss was served upon defendant pursuant to the Court's electronic filing system, addressed to:

Megan Lindholm Rose
UNITED STATES ATTORNEY'S OFFICE
555 Fourth Street, NW
Room E-4220
Washington, DC 20530
(202) 514-7220
Email: megan.rose@usdoj.gov

Grace B. Culley