UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEW LIFE EVANGELISTIC CENTER, INC., | ) |
| *Plaintiff*, | ) |
| v. | ) |
| MICHAEL O. LEAVITT, Secretary of the U.S. Department of Health and Human Services, | ) Civil Action No. 1:05-cv-01449 RJL |
| and | ) |
| DAVID L. BIBB, Acting Administrator,[1] U.S. General Services Administration | ) |
| *Defendants*. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff New Life Evangelistic Center, Inc., and Defendants Michael O. Leavitt, Secretary of the U.S. Department of Health and Human Services, and David L. Bibb (formerly Stephen Perry), Acting Administrator, U.S. General Services Administration, hereby stipulate to the dismissal, with prejudice, of Plaintiff's claims in the above-captioned lawsuit, with each party to bear his or her own costs, fees and expenses. A proposed Order of Dismissal With Prejudice is attached.

---

[1] Pursuant to Fed. R. Civ. P. 25(d)(1), David L. Bibb, Acting Administrator, U.S. General Services Administration, should be automatically substituted for the former Administrator, Stephen Perry. See Fed. R. Civ. P. 25(d)(1).

Respectfully Submitted,

NEW LIFE EVANGELISTIC CENTER, INC.,
By Counsel

/s/ *[signature]*
Edward T. Waters, D.C. Bar No. 422461
Grace B. Culley, D.C. Bar No. 486713
Feldesman Tucker Leifer Fidell LLP
2001 L Street, N.W., Second Floor
Washington, D.C. 20036
Tel. 202-466-8960

Attorneys for Plaintiff

/s/ *[signature]*
Kenneth L. Weinstein, D.C. Bar # 451058
United States Attorney

/s/ *[signature]*
R. Craig Lawrence, D.C. Bar # 171538
Assistant United States Attorney

/s/ *[signature]*
Megan L. Rose, N.C. Bar # 28639
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
Tel. 202-514-7220

Attorneys for Defendant