UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NEW LIFE EVANGELISTIC CENTER, INC., )
                                     )
            *Plaintiff*,             )
                                     )
       *v.*                          )
                                     )
MICHAEL O. LEAVITT, Secretary of the )
  U.S. Department of Health and Human Services, )
                                     )   Civil Action No. 1:05-cv-01449 RJL
       and                           )
                                     )
DAVID L. BIBB, Acting Administrator,[1] )
  U.S. General Services Administration )
                                     )
            *Defendants*.            )
_____)

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Stipulation of Dismissal with Prejudice of New Life Evangelistic Center's claims against Defendants Michael O. Leavitt, Secretary of the U.S. Department of Health and Human Services, and David L. Bibb (formerly Stephen Perry), Acting Administrator, U.S. General Services Administration, it is hereby

ORDERED that the above-captioned case is hereby dismissed with prejudice.

IT IS SO ORDERED.


DATED: _____         _____
                                       Richard J. Leon
                                       United States District Judge

---

[1] Pursuant to Fed. R. Civ. P. 25(d)(1), David L. Bibb, Acting Administrator, U.S. General Services Administration, should be automatically substituted for the former Administrator, Stephen Perry. See Fed. R. Civ. P. 25(d)(1).